IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRYSTAL WELCH a/k/a CRYSTAL DANIELS, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. ) 1:15-CV-02178-TCB |
| v. | ) ) |
| EXCELLENT MONTESSORI, INC. | ) ) |
| Defendants. | ) |

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

The parties have announced to the Court that there are no longer any issues in this matter between them to be determined by this Court. A Joint Motion for Dismissal without Prejudice has been signed and filed with the Court. Having considered the Joint Motion for Dismissal without Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Crystal Welch against Defendant Excellent Montessori, Inc., are in all respects dismissed without prejudice to the refiling of same, with courts costs to be paid by the party incurring same.

DATED this 18th day of September, 2015.

_____
**Timothy C. Batten, Sr.
United States District Judge**